■ BURDICK LUXURY AUTOMOTIVE, INC., Doing Business as BURDICK LEXUS, Appellant, v STAMPCRETE INTERNATIONAL, LTD.,

Respondent. (Appeal No. 2.) [754 NYS2d 609] —Appeal from an order of Supreme Court, Onondaga County (Major, J.), entered June 6, 2001, which granted defendant's motion for summary judgment and dismissed the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Gorski and Lawton, JJ.